◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MARIN, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Calabretta, J.), both rendered March 3, 1987.

Ordered that the judgments are affirmed *(see, People v Pellegrino,* 60 NY2d 636). Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.